UNITED STATES

v.

JOHN GENTLE

1808

JOURNAL ENTRIES

1. Rule for recognizance, and for commission to take
depositions . . . . . . . . . . *Journal, infra,* *p. 178
2. A pluries ordered . . . . . . . . . .          "          209
3. Recognizance . . . . . . . . . . .          "          319
4. Postponement . . . . . . . . . . .          "          320
5. Continuance . . . . . . . . . , . .          "          332
6. Postponement . . . . . . . . . . .          "          395
7. Rule to plead; commitment for contempt . . . . .          "          409
8. Continuance . . . . . . . . . . .          "          411

PAPERS IN FILE

[None]